**FORM 9** (Rev. 11/93)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **In the matter of:**<br>**BUTT, JOHN F.**<br>**BUTT, PEGGY E.** | Case No. 08-51825 JEH<br><br>Chapter 7<br><br>**Judge JOHN E. HOFFMAN JR.** |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

      The attached check in the amount of $8.58 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Redbird Internet Service<br>P.O. Box 437<br>Mount Gilead, OH  43338 | #5 | $1.31 |
| Debtor Recovery Solution<br>Of Ohio, Inc.<br>1669 Lexington Ave., Suite A<br>P.O. Box 1307<br>Mansfield, OH  44901 | #12 | $0.68 |
| RBC Inc.<br>P.O. Box 1548<br>Mansfield, OH  44901 | #21 | $1.81 |
| RBC Inc.<br>P.O. Box 1548<br>Mansfield, OH  44901 | #22 | $4.78 |

| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| $8.58 | $0.00 |

Dated: August 22, 2011                    /s/ Frederick L. Ransier
                                          Case Trustee

cc:  U.S. Trustee